Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–16254–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Pamela R Bey
    3 Crestwood Circle
    Budd Lake, NJ 07828

Social Security No.:
    xxx–xx–7986

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/16/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 16, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-16254-SLM
Pamela R Bey                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jun 16, 2017
                              Form ID: 148         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2017.
db            +Pamela R Bey,   3 Crestwood Circle,   Budd Lake, NJ 07828-2535
cr            +Charles Schwab Bank,   Stern & Eisenberg, PC,   1040 North Kings Highway,   Suite 407,
               Cherry Hill, NJ 08034-1925
cr            +Charles Schwab Bank, f/k/a Charles Schwab Bank, N.,   Stern & Eisenberg, PC,   1581 Main Street,
               Suite 200,   Warrington, PA 18976-3400
cr            +Raymond James Bank,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
cr            +Wells Fargo Bank NA,   Robertson Anschutz & Schneid, PL,   6409 Congress Ave,
               B, FL 33487-2853
516733442     +Charles Schwab Bank, N.A.,   5190 Neil Road,   Reno, NV 89502-8532
516733444     +Chase Mortgage,   3415 Vision Dr,   Columbus, OH 43219-6009
516865022     +Ditech Financial LLC,   2100 East Elliot Rd., Bldg. 94,   Recovery Dept - T120,
               Tempe, AZ 85284-1806
516733449     +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
516883802     +Nationstar Mortgage LLC,   Attn: Bankruptcy Dept.,   PO Box 619094,   Dallas, TX 75261-9094
516733450     +Quicken Loans,   P.O. Box 6577,   Carol Stream, IL 60197-6577
516733451     +Raymond James Bank,   P.O. Box 23558,   Saint Petersburg, FL 33742-3558
516733452     +Stern & Eisenberg PC,   1040 N. Kings Highway,   Suite 407,   Cherry Hill, NJ 08034-1925
516769009     +Wells Fargo Bank, National Association,   Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 16 2017 22:12:14     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 16 2017 22:12:13     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Jun 16 2017 21:58:00     Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,   Norfolk, VA 23541-1021
516733440     +EDI: BANKAMER.COM Jun 16 2017 21:58:00     Bank Of America,   Nc4-105-03-14,   Po Box 26012,
               Greensboro, NC 27420-6012
516733441     +EDI: CAPITALONE.COM Jun 16 2017 21:58:00     Capital One,
               Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
516808446     +E-mail/Text: bankruptcyteam@quickenloans.com Jun 16 2017 22:12:29     Charles Schwab Bank,
               c/o Quicken Loans Inc.,   635 Woodward Avenue,   Detroit, MI 48226-3408
516733443     +EDI: CHASE.COM Jun 16 2017 21:58:00     Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
               Wilmington, DE 19850-5298
516733445     +EDI: NAVIENTFKASMDOE.COM Jun 16 2017 21:58:00     Dept Of Ed/Navient,   Attn: Claims Dept,
               P.O. Box 9635,   Wilkes Barr, PA 18773-9635
516750258      EDI: DISCOVER.COM Jun 16 2017 21:58:00     Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH  43054-3025
516733446     +EDI: DISCOVER.COM Jun 16 2017 21:58:00     Discover Financial,   Po Box 3025,
               New Albany, OH 43054-3025
516733447     +E-mail/Text: bankruptcy.bnc@ditech.com Jun 16 2017 22:12:00     Ditech,   Attn: Bankruptcy,
               Po Box 6172,   Rapid City, SD 57709-6172
516733448      E-mail/Text: camanagement@mtb.com Jun 16 2017 22:12:02     M & T Bank,   Po Box 844,
               Buffalo, NY 14240
516808445     +E-mail/Text: bankruptcyteam@quickenloans.com Jun 16 2017 22:12:29     Quicken Loans Inc.,
               635 Woodward Avenue,   Detroit, MI 48226-3408
516742093     +EDI: RMSC.COM Jun 16 2017 21:58:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
516733453     +EDI: VERIZONEAST.COM Jun 16 2017 21:58:00     Verizon,
               Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225
516865812     +EDI: AIS.COM Jun 16 2017 21:58:00     Verizon,   by American InfoSource LP as agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                  TOTAL: 16

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +RAYMOND JAMES BANK,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 16, 2017
                              Form ID: 148             Total Noticed: 30
```

                    ***** BYPASSED RECIPIENTS (continued) *****


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2017 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Ernest G. Ianetti   on behalf of Debtor Pamela R Bey ianetti.efiling@outlook.com,
           eianetti20@gmail.com;r53532@notify.bestcase.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Michael Frederick Dingerdissen   on behalf of Creditor   Raymond James Bank nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor   RAYMOND JAMES BANK nj.bkecf@fedphe.com
          Steven P. Kelly   on behalf of Creditor   Charles Schwab Bank skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          Steven P. Kelly   on behalf of Creditor   Charles Schwab Bank, f/k/a Charles Schwab Bank, N.A.
           skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 8
```